*WHEN RECORDED MAIL TO:*

William A. Orzel  (SBN 136906)
Law Office of William A. Orzel
501 W. Broadway, Ste. 960
San Diego, CA 92101
T: 619.338.9500
E: bill@orzellawfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BELLAGIO, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), <br> v. | CV   2:19-mc-00009 |
| PAUL KEMSLEY aka <br> PAUL ZEITAL KEMSLEY <br><br> DEFENDANT(S). | ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **January 23, 2019**
in favor of  **BELLAGIO, LLC**
whose address is **3600 Las Vegas Blvd. South,  Las Vegas, NV 89109**
and against **PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY**
whose last known address is **1404 Dawnridge Drive,  Beverly Hills, CA 90210**
for $ **2,270,000.00**          Principal,   $ **0.00**           Interest,   $ **0.00**           Costs,
and $ **0.00**                    Attorney Fees.

ATTESTED this       **27th**       day of   **February**  , 20**19**
Judgment debtor's driver's license no. and state;                              (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;            **2393**         (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Gary Logan, Attorney at Law
300 S. Fourth St.  Ste. 701
Las Vegas, NV 89101

CLERK, U.S. DISTRICT COURT

By _____
          Deputy Clerk

11/4

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                                    ABSTRACT OF JUDGMENT/ORDER