EJ-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:
William A. Orzel (SBN 136906)
Law Office of William A. Orzel
501 W. Broadway, Ste. 960
San Diego, CA 92101
bill@orzellawfirm.com
TEL NO.: 619.338.9500     FAX NO. (optional):
E-MAIL ADDRESS (Optional):

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**United States District Court - Central District of California**
STREET ADDRESS: 525 E. Temple Street
MAILING ADDRESS: 525 E. Temple Street
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Edward R. Roybal Federal Bldg & US Courthou

PLAINTIFF: BELLAGIO, LLC
DEFENDANT: PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY

CASE NUMBER: 2:19-mc-00009

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   BELLAGIO, LLC   3600 Las Vegas Blvd. South, Las Vegas NV 89109

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY
   c/o Matthew Pace; RIMON P.C. 245 Park Ave. 39th Floor New York, New York 10167

5. a. Judgment entered on (date): 1/23/2019
   b. [ ] Renewal entered on (date):

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Los Angeles | 3/12/2019 | 20190218686 |

7. [X] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):
   19-7704287914

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 4/21/2021

▶ (SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Diego

On April 21, 2021 before me, Daniella Hernandez,
(Here insert name and title of the officer)

personally appeared William A. Orzel,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

DANIELLA HERNANDEZ
Notary Public - California
San Diego County
Commission # 2216174
My Comm. Expires Sep 29, 2021

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

Bellagio, LLC  v. Paul Kemsley et al.                    Case No. 2:19-mc-00009

# DECLARATION OF SERVICE

I, William A. Orzel, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 501 W Broadway, Suite 960, San Diego, CA 92101. I served the following documents(s):

1. **Acknowledgment of Satisfaction of Judgment.**

[ X ] By placing a copy thereof in a separate envelope for each addressee named thereafter, addressed to each such addressee respectively as follows, I then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States' mail at San Diego, California:

[  ] By transmitting the documents via facsimile transmission to each of the parties and the transmission
reported as complete and without errors to the facsimile number(s) listed below, as follows:

[  ] By personally serving a copy on the receptionist of the attorneys office listed below at approximately _____ a.m./p.m., as follows:

I performed this service on April 22, 2021.

**Matthew Pace, Esq.**
**RIMON P.C.**
**245 Park Ave. 39th Floor**
**New York, NY  10167**
*Attorney for Defendant*

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:  4/22/2021                                    _____
                                                                                    William A. Orzel